UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE PAIR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:16-CV-206-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the M&R and overrules the objections. Plaintiff's objections to the M&R [D.E. 23] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 17] is DENIED, defendant's motion for judgment on the pleadings [D.E. 19] is GRANTED, defendant's final decision is AFFIRMED, and this action is
DISMISSED.

**This Judgment Filed and Entered on July 7, 2017, and Copies To:**
Kristin Gordon                                                                (via CM/ECF electronic notification)
Cassia W. Parson                                                           (via CM/ECF electronic notification)

DATE:                                                   PETER A. MOORE, JR., CLERK
July 7, 2017                                          (By) /s/ Nicole Briggeman
                                                                    Deputy Clerk